McGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-044-DB |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME |
| v. | |
| MANUEL FELIX-RIVERA, | DATE: March 28, 2019
TIME: 2:00 p.m.
COURT: Hon. Edmund F. Brennan |
| Defendant. | |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney AMANDA BECK, and defendant MANUEL FELIX-RIVERA, both individually and by and through her counsel of record, DAVID HARSHAW, hereby stipulate as follows:

1. The Complaint in this case was filed on March 14, 2019, and defendant first appeared before a judicial officer of the Court in which the charges in this case are pending on March 14, 2019.

2. The current preliminary hearing date is March 28, 2019.

3. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to April 18, 2019, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Findings and Order            1

4. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between March 28, 2019, and April 18, 2019, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  March 22, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ AMANDA BECK
AMANDA BECK
Assistant United States Attorney

Dated:  March 22, 2019

/s/ DAVID HARSHAW
DAVID HARSHAW
Counsel for Defendant
MANUEL-FELIX-RIVERA

FINDINGS AND ORDER

2

1  McGREGOR W. SCOTT
   United States Attorney
2  AMANDA BECK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7
8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10
11 | UNITED STATES OF AMERICA,           | CASE NO. 2:19-MJ-0044-DB
12 |                        Plaintiff,   | FINDINGS AND ORDER EXTENDING TIME FOR
   |                                     | PRELIMINARY HEARING PURSUANT TO RULE
13 |              v.                     | 5.1(d) AND EXCLUDING TIME
14 | MANUEL FELIX-RIVERA,                | DATE: March 28, 2019
   |                                     | TIME: 2:00 p.m.
15 |                        Defendant.   | COURT: Hon. Edmund F. Brennan

16
17
18      The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing
19 Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on March 22, 2019.
20 The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,
21 demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule
22 5.1(d) of the Federal Rules of Criminal Procedure.
23      Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests
24 of justice served by granting this continuance outweigh the best interests of the public and the defendant
25 in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would
26 not adversely affect the public interest in the prompt disposition of criminal cases.
27      THEREFORE, FOR GOOD CAUSE SHOWN:
28      1.      The date of the preliminary hearing is extended to April 18, 2019, at 2:00 p.m.

FINDINGS AND ORDER                          1

2. The time between March 28, 2019, and April 18, 2019, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED: MARCH 22, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE