MCGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL FELIX-RIVERA,<br><br>Defendant. | CASE NO. 2:19-MJ-00044-DB<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: May 9, 2019<br>TIME: 2:00 p.m.<br>COURT: Hon. Allison Claire |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney ROSS PEARSON, and defendant MANUEL FELIX-RIVERA, both individually and by and through his counsel of record, VICTOR SHERMAN, hereby stipulate as follows:

1. The Complaint in this case was filed on March 14, 2019, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on March 14, 2019. The court initially set a preliminary hearing date of April 18, 2019. By stipulation and order, the Court continued the preliminary hearing date to May 9, 2019.

2. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to June 6, 2019, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The government has provided discovery to defense. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of

1  justice served by granting this continuance outweigh the best interests of the public and the defendant in
2  a speedy trial. 18 U.S.C. § 3161(h)(7)(A).
3       3.      The parties agree that good cause exists for the extension of time, and that the extension
4  of time would not adversely affect the public interest in the prompt disposition of criminal cases.
5  Therefore, the parties request that the time between May 9, 2019, and June 6, 2019, be excluded
6  pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.
7       IT IS SO STIPULATED.

Dated:  April 30, 2019                    McGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ ROSS PEARSON
                                          ROSS PEARSON
                                          Assistant United States Attorney

Dated:  April 30, 2019                    /s/ VICTOR SHERMAN
                                          VICTOR SHERMAN
                                          Counsel for Defendant
                                          MANUEL FELIX-RIVERA
                                          (Authorized by phone on April
                                          30, 2019)

STIPULATION TO CONTINUE PRELIMINARY HEARING;      2
[PROPOSED] FINDINGS AND ORDER

McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-00044-DB |
|---|---|
| Plaintiff, | [~~PROPOSED~~] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| MANUEL FELIX-RIVERA, | |
| Defendant. | DATE: May 9, 2019<br>TIME: 2:00 p.m.<br>COURT: Hon. Allison Claire |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on April 30, 2019. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to June 6, 2019, at 2:00 p.m.

STIPULATION TO CONTINUE PRELIMINARY HEARING;
[PROPOSED] FINDINGS AND ORDER

3

2. The time between May 9, 2019, and June 6, 2019, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: April 30, 2019

*Allison Claire*
The Honorable Allison Claire
UNITED STATES MAGISTRATE JUDGE