| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| 2 | United States Attorney |
|   | ROSS PEARSON |
| 3 | Assistant United States Attorney |
|   | 501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814 |
|   | Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-00044-DB |
|---|---|
| Plaintiff, | [~~PROPOSED~~] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| MANUEL FELIX-RIVERA, | |
| Defendant. | DATE: August 22, 2019 |
| | TIME: 2:00 p.m. |
| | COURT: Hon. Edmund F. Brennan |

    The Court has read and considered the Stipulation to Vacate the Preliminary Hearing and Schedule Arraignment and Change of Plea, filed by the parties in this matter on August 21, 2019. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause to vacate the preliminary hearing date.

    Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

    THEREFORE, FOR GOOD CAUSE SHOWN:

    1.    The date of the preliminary hearing is vacated and this matter is scheduled for an arraignment and ~~change~~ entry of plea pursuant to Fed. R. Crim. P. 11 on September 9, 2019, at 9:00 a.m.

before District Judge Kimberly J. Mueller.

2.	The time between August 22, 2019, and September 9, 2019, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: August 21, 2019

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE